# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case No. 4:04cr116.10 (Judge Schell) |
| MICHAEL TYRONE PRICE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment for a term of six (6) months followed by a term of supervised release of forty-two (42) months with the first 180 days of supervised release being served in community confinement at a halfway house. The Court recommends that the Defendant be sent to Volunteers of America, a halfway house in Fort Worth, Texas Defendant.

**SIGNED this the 22nd day of May, 2009.**

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE